AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

COLLEEN JULIUS

V.

DEPARTMENT OF HUMAN RESIURCES ADMININSTRATION, CITY OF NEW YORK

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 3091**

**JUDGE CASTEL**

TO: (Name and address of Defendant)

Department of Human Resources Admininstration
City of New York
Office of Legal Affairs
180 WaterStreet, 17th Floor
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Locksley O. Wade, Esq.
Law Office of Locksley O. Wade, LLC
110 Wall Street, 11th Floor
New York, NY 10005
(212) 933-9180
(212) 253-4142 Fax
lwade@lwade-law.com
Attorney for Plaintiff

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                             MAR 2 6 2008

CLERK                                          DATE

*[signature]* Marcos Quintero

(By) DEPUTY CLERK

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| COLLEEN JULIUS, | ) Case No.: 08 CV 3091 |
|---|---|
| Plaintiff<br>v.<br>DEPARTMENT OF HUMAN RESOURCES ADMINISTRATION CITY OF NEW YORK,<br><br>Defendant | ) <br>) **AFFIDAVIT OF SERVICE**<br>) <br>) **ATTY:**<br>) **LOCKSLEY O. WADE, LLC**<br>) 110 Wall Street, 11th Floor<br>) New York, NY 10005 |

STATE OF New York: COUNTY OF Kings   ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am over the age of eighteen years and reside in the state of New York. That on APRIL 09, 2008 at 4:22 PM at 180 WATER STREET, 17TH FLOOR, NEW YORK, NY 10038, receipients BUSINESS OFFICE deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on DEPARTMENT OF HUMAN RESOURCES ADMINISTRATION CITY OF NEW YORK therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to MARGWERITE NELSON personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the CLERK authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Female   Race/Skin: Black   Hair: Black & Grey   Glasses: No   Approx. Age: 50   Height: 5'-3"   Weight: 170

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Loai F. Sarsour, Lic #1133309
LOCKSLEY O. WADE, LLC
110 Wall Street, 11th Floor
New York, NY 10005
(212) 933-9180

Executed on: 4-10-08

Subscribed and sworn to before me, a notary public, on this 10th day of April, 2008.

Notary Public   My Commission Expires:

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2011

ID: 08-007540

Client Reference: Julius v Colleen