# MEMO ENDORSED



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JOSHUA FAY
Assistant Corporation Counsel
Phone: 212-788-8699
Fax: 212-788-8877
E-mail: jfay@law.nyc.gov

April 30, 2008

**By Hand Delivery**
Hon. P. Kevin Castell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
MAY 0 1 2008
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

*[handwritten endorsement: Time to respond to the complaint extended to May 29. Initial conference adjourned from May 9 to May 30, 2008 at 2:15 p.m. SO ORDERED. /s/ PKC USDJ 5-1-08]*

Re: Julius v. Department of Human Resources Administration, City of New York
Docket No. 08 CV 3091 (PKC)

Dear Judge Castell:

    I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendant in the above-referenced discrimination action. I write to respectfully request that defendant's time to respond to the complaint be extended from April 29, 2008 to May 29, 2008. I have spoken with counsel for plaintiff, who has consented to this request. This is defendant's first request for an extension of time to respond to the complaint.

    The requested extension will permit defendant to investigate the allegations of the complaint, obtain documents relevant to the allegations, and prepare a response to the complaint. Accordingly, defendant respectfully requests that its time to respond to the complaint be extended until May 29, 2008.

    Further, the Court has scheduled an initial conference in this matter for May 9, 2008. In light of defendant's request for an extension of time to respond to the complaint, defendant also requests that the May 9 conference be rescheduled to a date and time convenient for the Court following the adjourned deadline for defendant to respond to the complaint.

I apologize for the lateness of this request. Thank you for your consideration of this request.

                                                             Respectfully submitted,

                                                             Joshua Fay  (JF 6995)
                                                             Assistant Corporation Counsel

cc:    By Regular Mail
       Locksley O. Wade
       Attorney for Plaintiff
       15 West 39th Street - 3rd floor
       New York, NY 10018