UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLEEN JULIUS, | ECF CASE |
| Plaintiff, | |
| -v- | Case No: 08-Civ.-3091 (PKC) |
| DEPARTMENT OF HUMAN RESOURCES ADMINISTRATION, CITY OF NEW YORK, | NOTICE OF CHANGE OF ADDRESS |
| Defendant. | |

TO: **Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 (d) of this court, please take notice of the new business address of the attorney of record for the plaintiff.

> LOCKSLEY O. WADE, ESQ.
> Law Office of Locksley O. Wade, LLC
> 110 Wall Street
> 11th Floor
> New York, NY 10005
> (212) 933-9180 - Telephone
> (212) 253-4142 - Fax
> lwade@lwade-law.com

Dated: June 2, 2008                    Respectfully submitted,

*[signature]*

LOCKSLEY O. WADE, ESQ.
Law Office of Locksley O. Wade, LLC
*Attorney for Plaintiff*