# MEMO ENDORSED

Law Office of
**Locksley O. Wade, LLC**

Telephone: (212) 933-9180
Facsimile: (212) 253-4142
E-mail: wade@wadefirm.com
http://wadefirm.com

110 Wall Street
11th Floor
New York, NY 10005



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

August 29, 2008

**Via Fax (212) 805-7949 (No mail copy)**

Hon. Kevin P. Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted provided amended pleading is filed by September 9. SO ORDERED
[signature]
USDJ
9/2/08

Re:  Colleen Julius v. Dept. of Human Resources
     Administration, City of New York
     Case No: 08-Civ- 3091 (PKC)

Dear Judge Castel:

The plaintiff respectfully moves the Court for permission to amend her complaint by naming the proper party, the City of New York. This amendment will cause no delay in the court's calendar nor the discovery calender. An opinion was solicited from counsel for the defendant, however, his response would leave room for a defense that would place the plaintiff in an untenable position where the jurisdiction of the court can be called into question at a later date.

Sincerely,

[signature]

Locksley O. Wade, Esq.

c.c.  Joshua Fay, Esq.
      New York City Law Department
      100 Church Street
      New York, NY 10007
      No. (212) 788-8877 (No mail copy)

encl:  Amended Complaint