UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLEEN JULIUS,<br><br>Plaintiff,<br><br>-v-<br><br>CITY OF NEW YORK,<br><br>Defendant. | ECF CASE<br><br>Case No: 08-Civ.-3091 (PKC)<br><br>AFFIRMATION OF SERVICE OF AMENDED COMPLAINT<br><br>JURY DEMAND |

I HEREBY AFFIRM under the penalty of perjury that a true and correct copy of the Amended Complaint was served on the attorney for the defendant, Joshua Fay, Esq., New York City Law Department, 100 Church Street, 2nd Floor, New York, NY 10007, on July 25, 2008, via fax and e-mail and on September 4, 2008, via U.S. Mail

Dated: New York, New York
September 4, 2008.

Respectfully submitted,

LAW OFFICE OF LOCKSLEY O. WADE, LLC
110 Wall Street, 11th Floor
New York, NY 10005
(212) 933-9180
(212) 253-4142 (facsimile)
wade@wadefirm.com

By: _____
LOCKSLEY O. WADE, ESQ.
*Attorney for the plaintiff*